IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

### SPECIAL ORDER 3-327

Effective July 3, 2019, civil and criminal cases filed in the Amarillo Division will be assigned by random draw as follows:

|  | Civil | Criminal |
|---|---|---|
| **AMARILLO** | | |
| Judge Matthew J. Kacsmaryk | 95% | 100% |
| Chief Judge Barbara M.G. Lynn | 5% | 0% |

Except as otherwise ordered, effective August 1, 2019, the clerk is to reassign all Amarillo Division cases that are assigned to Senior District Judge Fitzwater to Judge Matthew J. Kacsmaryk. These cases shall henceforth carry the suffix letter "Z."

Any other matter filed in the Amarillo Division that is not addressed by this order or by another order of the court will be assigned to Judge Matthew J. Kacsmaryk if the matter requires judicial action.

This order supersedes Amended Special Order 3-313 as it relates to the Amarillo Division.

SO ORDERED.

July 3, 2019.

_____
BARBARA M.G. LYNN
CHIEF JUDGE