IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:19-CR-79-Z-BR-(1) |
| SHANE ANDREW SMITH | |

## ORDER

The government's January 7, 2021 Fourth Unopposed Motion to Continue Sentencing is **granted in part and denied in part**. The sentencing hearing is continued to Tuesday, May 4, 2021 at 1:30 p.m. (CDT).

**SO ORDERED.**

January 12, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE