IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CR-79-Z-(1) |
| | § | |
| SHANE ANDREW SMITH, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motions to File Documents Under Seal (ECF Nos. 57, 58). After reviewing the motions and the attached documents, the Court finds Defendant's motions should be and are hereby **GRANTED**. The Court instructs the Clerk of the District Court to file the attached documents under seal. The Court further instructs the Clerk of the District Court not to file ECF No. 57-2 as Ex. 1. Rather, the Clerk should file ECF No. 58-1 as Ex. 1.

**SO ORDERED.**

January 6, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE